CHARLES S. HALSTED, Appellant, *v.* UNION TRUST COMPANY OF NEW YORK, as Trustee under the Will of CATHARINE C. HALSTED, Deceased, Respondent.

*Halsted* v. *Union Trust Co.*, 120 App. Div. 876, affirmed.
(Argued December 18, 1907; decided January 7, 1908.)

APPEAL from a judgment entered September 6, 1907, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the complaint in an action for the construction of a will and for an accounting.

*George W. Carr* for appellant.

*Benjamin A. Morton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.